A CERTIFIED TRUE COPY

OCT 16 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 17 P 12:17

DOCKET NO. 1657

CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 28 2006

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-64)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,400 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 16 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

OCT 30 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

# SCHEDULE CTO-64 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN  1  06-1628 | Barbara D. Davison, et al v. Merck & Co., Inc. | 06-8303 |
| ALN  2  06-1570 | Glenn W. Baty, Jr. v. Merck & Co., Inc. | 06-8304 |
| ALN  2  06-1625 | Jo Lynn Perkins, et al. v. Merck & Co., Inc. | 06-8305 |
| ALN  2  06-1630 | Audrey G. Pearson, et al. v. Merck & Co., Inc. | 06-8306 |
| ALN  3  06-1626 | James W. Russell, et al. v. Merck & Co., Inc. | 06-8307 |
| ALN  4  06-1627 | Herber R. Norckauer v. Merck & Co., Inc. | 06-8308 |
| ALN  4  06-1629 | Marjorie Carson, et al. v. Merck & Co., Inc. | 06-8309 |
| ALN  5  06-1535 | Linda T. Eaves, et al. v. Merck & Co., Inc. | 06-8310 |
| **ARKANSAS WESTERN** | | |
| ARW  3  06-3050 | John J. O'Neill v. Merck & Co., Inc. | 06-8311 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  06-3235 | Carolyn Wunder, etc. v. Merck & Co., Inc. | 06-8312 |
| CAC  2  06-4748 | Cleola Williams, et al. v. Merck & Co., Inc. | 06-8313 |
| CAC  2  06-4763 | Dr. Gilbert Swe, et al. v. Merck & Co., Inc., et al. | 06-8314 |
| **CALIFORNIA EASTERN** | | |
| CAE  1  06-1006 | Brenda De La Cruz, et al. v. Merck & Co., Inc. | 06-8315 |
| ~~CAE  2  06-1826~~ | ~~Gladys Herring, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/16/06 | |
| ~~CAE  2  06-1845~~ | ~~Ruth Beatty v. Merck & Co., Inc., et al.~~ Opposed 10/12/06 | |
| ~~CAE  2  06-1941~~ | ~~Mary Grove v. Merck & Co., Inc., et al.~~ Opposed 10/12/06 | |
| ~~CAE  2  06-1954~~ | ~~Donna Moret v. Merck & Co., Inc., et al.~~ Opposed 10/12/06 | |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN  3  06-4921~~ | ~~Jeffrey Kaufman, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/12/06 | |
| CAN  3  06-5332 | Isaac Pirnazar v. Merck & Co., Inc. | 06-8316 |
| **COLORADO** | | |
| CO  1  06-1529 | Peter Appenzeller v. Merck & Co., Inc. | 06-8317 |
| CO  1  06-1676 | Safdar Lilak v. Merck & Co., Inc. | 06-8318 |
| CO  1  06-1679 | Donald Patterson v. Merck & Co., Inc. | 06-8319 |
| **CONNECTICUT** | | |
| CT  3  06-1336 | Joni Barnett, et al. v. Merck & Co., Inc. | 06-8320 |
| **FLORIDA MIDDLE** | | |
| FLM  3  06-742 | Kathryn Jenkins, etc. v. Merck & Co., Inc., et al. | 06-8321 |
| FLM  5  06-291 | Steven Pazian, etc. v. Merck & Co., Inc. | 06-8322 |
| FLM  8  06-1507 | Jerry Kaiser v. Merck & Co., Inc., et al. | 06-8323 |
| FLM  8  06-1572 | Ena Diaz v. Merck & Co., Inc., et al. | 06-8324 |
| FLM  8  06-1593 | Thomas Greenlee, et al. v. Merck & Co., Inc. | 06-8325 |
| **FLORIDA NORTHERN** | | |
| FLN  1  06-130 | Theodore Presley v. Merck & Co., Inc., et al. | 06-8326 |
| FLN  1  06-163 | Betty Daniels v. Merck & Co., Inc., et al. | 06-8327 |

SCHEDULE CTO-64 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 2 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **FLORIDA SOUTHERN** | | |
| FLS  0  06-61147 | Dorothy J. Matuszak, et al. v. Merck & Co., Inc. | 06-8328 |
| FLS  0  06-61148 | Sylvia Cardone, et al. v. Merck & Co., Inc. | 06-8329 |
| FLS  9  06-80732 | Allan Reise, et al. v. Merck & Co., Inc. | 06-8330 |
| **GEORGIA MIDDLE** | | |
| GAM  4  06-73 | Helen Hightower, etc. v. Merck & Co., Inc. | 06-8331 |
| GAM  5  06-286 | Barbara P. Stone, et al. v. Merck & Co., Inc. | 06-8332 |
| **GEORGIA NORTHERN** | | |
| GAN  1  06-1749 | Veronica Davis v. Merck & Co., Inc. | 06-8333 |
| GAN  1  06-1751 | Barbara Jean Brown v. Merck & Co., Inc. | 06-8334 |
| GAN  1  06-1752 | Audrey Culbreth v. Merck & Co., Inc. | 06-8335 |
| GAN  1  06-1753 | Susan Patton, etc. v Merck & Co., Inc. | 06-8336 |
| GAN  1  06-1754 | Leta Ballard, etc. v. Merck & Co., Inc. | 06-8337 |
| GAN  1  06-1965 | Muriel Burnat v. Merck & Co., Inc. | 06-8338 |
| **GEORGIA SOUTHERN** | | |
| GAS  6  06-75 | Mary Sowell, etc. v. Merck & Co., Inc. | 06-8339 |
| **IOWA SOUTHERN** | | |
| IAS  4  06-403 | James F. Lockard, et al. v. Merck & Co., Inc. | 06-8340 |
| **IDAHO** | | |
| ID  1  06-326 | Dorothy LeFavi v. Merck & Co., Inc. | 06-8341 |
| **ILLINOIS CENTRAL** | | |
| ILC  3  06-3188 | Jerry Highsmith v. Merck & Co., Inc. | 06-8342 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  06-4602 | Joseph Szerbinski, et al. v. Merck & Co., Inc. | 06-8343 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS  3  06-630~~ | ~~Lorene Deist, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/10/06 | |
| ~~ILS  3  06-634~~ | ~~June Mannings, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/10/06 | |
| ILS  3  06-658 | Roland Beavers, et al. v. Merck & Co., Inc. | 06-8344 |
| **INDIANA SOUTHERN** | | |
| INS  2  06-160 | John A. Shipman, Sr., et al. v. Merck & Co., Inc. | 06-8345 |
| INS  2  06-169 | Leslie D. Johnston, et al. v. Merck & Co., Inc. | 06-8346 |
| INS  2  06-181 | Carolyn Willis v. Merck & Co., Inc. | 06-8347 |
| INS  2  06-182 | Nancy A. Chambers, et al. v. Merck & Co., Inc. | 06-8348 |
| **KANSAS** | | |
| KS  2  06-2331 | Wanda Fendley v. Merck & Co., Inc. | 06-8349 |
| KS  2  06-2338 | Jack Nachman, et al. v. Merck & Co., Inc. | 06-8350 |
| **LOUISIANA WESTERN** | | |
| LAW  5  05-1710 | Jeffrey Brinson, et al. v. Merck & Co., Inc. | 06-8351 |
| **MINNESOTA** | | |
| MN  0  06-3189 | John P. Erickson, etc. v. Merck & Co., Inc. | 06-8352 |
| MN  0  06-3193 | Paul Kunin, et al. v. Merck & Co., Inc. | 06-8353 |
| MN  0  06-3199 | Raye Simonian, et al. v. Merck & Co., Inc. | 06-8354 |
| MN  0  06-3351 | Ambrose Reese, etc. v. Merck & Co., Inc. | 06-8355 |
| MN  0  06-3444 | Shirley P. Worth v. Merck & Co., Inc. | 06-8356 |
| MN  0  06-3449 | Ronald Swanson, et al. v. Merck & Co., Inc. | 06-8357 |
| MN  0  06-3503 | Osmo Larmi v. Merck & Co., Inc. | 06-8358 |

SCHEDULE CTO-64 - TAG-ALONG ACTIONS  (MDL-1657)                                                  Page 3 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **MISSOURI EASTERN** | | |
| ~~MOE  4  06-1157~~ | ~~Stephen D. Murch v. Merck & Co., Inc., et al.~~  Opposed 10/10/06 | |
| MOE  4  06-1181 | Jack Priesmeyer v. Merck & Co., Inc. | 06-8359 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  1  06-760 | Cynthia King v. Merck & Co., Inc. | 06-8360 |
| MSS  1  06-761 | Gladys Harrien v. Merck & Co., Inc. | 06-8361 |
| MSS  1  06-762 | Gary Wyman, Sr. v. Merck & Co., Inc. | 06-8362 |
| MSS  1  06-763 | Robert Seal v. Merck & Co., Inc. | 06-8363 |
| **NORTH CAROLINA EASTERN** | | |
| ~~NCE  7  06-115~~ | ~~Eugene Seals, et al. v. Merck & Co., Inc., et al.~~  Opposed 10/10/06 | |
| NCE  7  06-119 | Alma F. Owens v. Merck & Co., Inc. | 06-8364 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM  1  06-710 | Michael R. Ingram, et al. v. Merck & Co., Inc. | 06-8365 |
| NCM  1  06-711 | Jeffery L. Ireland, et al. v. Merck & Co., Inc. | 06-8366 |
| NCM  1  06-714 | Irene G. Berckman, et al. v. Merck & Co., Inc. | 06-8367 |
| **NORTH CAROLINA WESTERN** | | |
| NCW  1  06-236 | Marshall D. Justice, et al. v. Merck & Co., Inc. | 06-8368 |
| NCW  1  06-257 | Cynthia M. Beam, et al. v. Merck & Co., Inc. | 06-8369 |
| NCW  3  06-365 | Jay H. Carpenter, et al. v. Merck & Co., Inc. | 06-8370 |
| NCW  3  06-366 | William H. Cooper, et al. v. Merck & Co., Inc. | 06-8371 |
| **NEBRASKA** | | |
| NE  4  06-3184 | Kenneth J. Nowak, et al. v. Merck & Co., Inc. | 06-8372 |
| NE  4  06-3186 | Steven Harrington, et al. v. Merck & Co., Inc. | 06-8373 |
| NE  4  06-3188 | Aralon W. Oestmann, et al. v. Merck & Co., Inc. | 06-8374 |
| **NEW JERSEY** | | |
| NJ  3  06-3384 | Frank Britton, et al. v. Merck & Co., Inc. | 06-8375 |
| NJ  3  06-4081 | Constance Ware, et al. v. Merck & Co., Inc. | 06-8376 |
| NJ  3  06-4160 | John Aubuchon, et al. v. Merck & Co., Inc. | 06-8377 |
| **NEVADA** | | |
| NV  2  06-1018 | Bernell Shaffner v. Merck & Co., Inc., et al. | 06-8378 |
| **NEW YORK EASTERN** | | |
| NYE  1  06-3790 | Joseph D. Wein, etc. v. Merck & Co., Inc. | 06-8379 |
| **NEW YORK NORTHERN** | | |
| ~~NYN  1  06-932~~ | ~~Dennis Richard Harrison v. Merck & Co., Inc.~~  Opposed 10/16/06 | |
| **NEW YORK SOUTHERN** | | |
| NYS  1  06-5665 | William Kahle, et al. v. Merck & Co., Inc. | 06-8380 |
| NYS  1  06-5896 | Carmen I. Reyes, etc. v. Merck & Co., Inc. | 06-8381 |
| **NEW YORK WESTERN** | | |
| NYW  1  06-517 | Ronald V. Morley, Sr. v. Merck & Co., Inc. | 06-8382 |
| NYW  6  06-6410 | Gregory Bennett, etc. v. Merck & Co., Inc., et al. | 06-8383 |
| NYW  6  06-6427 | Stephanie Guy, et al. v. Merck & Co., Inc., et al. | 06-8384 |
| NYW  6  06-6428 | Arline M. Ellis, et al. v. Merck & Co., Inc., et al. | 06-8385 |
| NYW  6  06-6429 | Karen Sarach, et al. v. Merck & Co., Inc., et al. | 06-8386 |

SCHEDULE CTO-64 - TAG-ALONG ACTIONS  (MDL-1657)                                                PAGE 4 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN  1  06-1982 | Diane M. Lamoreaux, et al. v. Merck & Co., Inc. | 06-8387 |
| OHN  1  06-1984 | Howard Moss v. Merck & Co., Inc. | 06-8388 |
| OHN  1  06-2106 | Markus Bruckner v. Merck & Co., Inc. | 06-8389 |
| OHN  3  06-1877 | Pearl D. King, et al. v. Merck & Co., Inc. | 06-8390 |
| OHN  3  06-1898 | James G. Siefker, etc. v. Merck & Co., Inc. | 06-8391 |
| OHN  3  06-2062 | Howard Davenport, et al. v. Merck & Co., Inc. | 06-8392 |
| **OKLAHOMA EASTERN** | | |
| OKE  6  06-309 | Carol Chastain v. Merck & Co., Inc. | 06-8393 |
| OKE  6  06-310 | Rick Swafford v. Merck & Co., Inc. | 06-8394 |
| OKE  6  06-341 | Tommy Combs, et al. v. Merck & Co., Inc. | 06-8395 |
| **OKLAHOMA NORTHERN** | | |
| OKN  4  06-395 | Ruby Erhart, etc. v. Merck & Co., Inc. | 06-8396 |
| OKN  4  06-444 | Duain W. Hogue v. Merck & Co., Inc. | 06-8397 |
| OKN  4  06-450 | Helen L. Post, et al. v. Merck & Co., Inc. | 06-8398 |
| OKN  4  06-452 | Ronald Kelsey v. Merck & Co., Inc. | 06-8399 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  06-904 | Willa Jean Poe, et al. v. Merck & Co., Inc. | 06-8400 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  06-3419 | George Acaley, et al. v. Merck & Co., Inc., et al. | 06-8401 |
| PAE  2  06-3439 | Renate Eaton, etc. v. Merck & Co., Inc., et al. | 06-8402 |
| PAE  2  06-3440 | Dolores Bultman v. Merck & Co., Inc., et al. | 06-8403 |
| PAE  2  06-3441 | Thomas H. Whitfield, et al. v. Merck & Co., Inc., et al. | 06-8404 |
| PAE  2  06-3498 | Dorothy J. Larson, et al. v. Merck & Co., Inc., et al. | 06-8405 |
| PAE  2  06-3534 | Henrietta L. Morris, et al. v. Merck & Co., Inc., et al. | 06-8406 |
| PAE  2  06-3557 | Maria Oquendo v. Merck & Co., Inc., et al. | 06-8407 |
| PAE  2  06-3558 | Bradford Clayton Wallis, et al. v. Merck & Co., Inc., et al. | 06-8408 |
| PAE  2  06-3593 | Henry Bell, et al. v. Merck & Co., Inc., et al. | 06-8409 |
| PAE  2  06-3627 | Edward J. Silverman, et al. v. Merck & Co., Inc., et al. | 06-8410 |
| PAE  2  06-3645 | Nancy M. Miller, etc. v. Merck & Co., Inc. | 06-8411 |
| PAE  2  06-3700 | Eric J. Cohen, et al. v. Merck & Co., Inc., et al. | 06-8412 |
| PAE  2  06-3722 | Shirley D. McGinley, etc. v. Merck & Co., Inc. | 06-8413 |
| PAE  2  06-3804 | Mary Ann Romerger, etc. v. Merck & Co., Inc. | 06-8414 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  2  06-1120 | Audrey Sapida v. Merck & Co., Inc. | 06-8415 |
| **SOUTH CAROLINA** | | |
| SC  4  06-2332 | Carlos R. Delafuente, et al. v. Merck & Co., Inc. | 06-8416 |
| SC  4  06-2369 | Michael E. Watson, et al. v. Merck & Co., Inc. | 06-8417 |
| **TEXAS EASTERN** | | |
| TXE  2  06-312 | Johnny Kincaid, et al. v. Merck & Co., Inc. | 06-8418 |
| TXE  5  06-191 | Bertha Free v. Merck & Co., Inc. | 06-8419 |
| **TEXAS NORTHERN** | | |
| TXN  4  06-538 | Kathryn Jo Trotter v. Merck & Co., Inc. | 06-8420 |
| TXN  4  06-569 | Katherine Shelly Moyers v. Merck & Co., Inc. | 06-8421 |

SCHEDULE CTO-64 - TAG-ALONG ACTIONS  (MDL-1657)                                          PAGE 5 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **TEXAS SOUTHERN** | | |
| TXS  4  06-2565 | Winston Webber v. Merck & Co., Inc. | 06-8422 |
| **TEXAS WESTERN** | | |
| TXW  2  06-69 | Alicia E. Ramos, et al. v. Merck & Co., Inc. | 06-8423 |
| **UTAH** | | |
| UT  1  06-92 | Joyce Mower, etc. v. Merck & Co., Inc. | 06-8424 |
| UT  2  06-697 | Beryl Ball, etc. v. Merck & Co., Inc. | 06-8425 |
| **VIRGINIA WESTERN** | | |
| VAW  2  06-48 | Nancy Osborne, et al. v. Merck & Co., Inc. | 06-8426 |
| **WASHINGTON WESTERN** | | |
| WAW  2  06-1113 | Gene Mesker, et al. v. Merck & Co., Inc. | 06-8426 |
| **WEST VIRGINIA SOUTHERN** | | |
| ~~WVS  2  06-619~~ | ~~Ronda Lee Smith, etc. v. Health Management Associates of West Virginia, Inc., et al.~~ | |
| | Vacated 10/13/06 | |